UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In Re:  Kenneth Eugene Hancock and						Case No. 06-31352-DOT
       Cheri Lynne Hancock,								Chapter 13 Proceeding
                Debtors.

## NOTICE AND WITHDRAWAL OF CLAIM

PLEASE TAKE NOTICE that David Word Automotive, Inc. having filed Claim No. 17 in the amount of $953.68 in the above-referenced bankruptcy matter, hereby withdraws said claim and requests that no distribution be made.

Respectfully submitted this 30th day of September, 2009.

                          DAVID WORD AUTOMOTIVE, INC.


                          By /s/ Jennifer J. West
                                Counsel


Robert H. Chappell III, Esquire (VSB #31698)
Jennifer J. West, Esquire (VSB #47522)
Erin E. Kessel, Esquire (VSB #65360)
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Telephone:  (804) 697-2000
Facsimile:  (804) 697-2100
Counsel for David Word Automotive, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice and Withdrawal of Claim was mailed, postage prepaid, this 30th day of September, 2009, to:

Kenneth Eugene Hancock
8278 Wonderland Lane
Mechanicsville, VA 23111

Cheri Lynne Hancock
8283 N. Mayfield Lane
Mechanicsville, VA 23111

John Russell Bollinger
Boleman Law Firm, P.C.
P.O. Box 11588
Richmond, VA 23230-1588

Laura Taylor Alridge
Boleman Law Firm, P.C.
P.O. Box 11588
Richmond, VA 23230-1588

Robert E. Hyman, Trustee
P.O. Box 1780
Richmond, VA 23218-1780

Robert B. Van Arsdale
Office of the U.S. Trustee
701 E. Broad Street
Suite 4304
Richmond, VA 23219

/s/ Jennifer J. West
Counsel

## SPECIAL NOTICE

**THE FOLLOWING NOTICE IS GIVEN TO YOU IN THE EVENT THAT THE FAIR DEBT COLLECTION PRACTICES ACT (15 U.S.C. 1692 *et seq*) APPLIES TO THIS COMMUNICATION.**

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**

2